IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00524-WYD-MJW

LINDA K. VOTH,

Plaintiff(s),

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Parties' Motion to Set New Deadlines (docket no. 18) is GRANTED as follows. The deadline for expert witness disclosures is extended to January 31, 2008. The deadline for rebuttal expert witness disclosures is extended to March 7, 2008. The deadline to complete **all** discovery is extended to April 14, 2008. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: December 3, 2007