IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00524-WYD-MJW

LINDA K. VOTH,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Corporation,

    Defendant.

## ORDER

THIS MATTER, is before the Court on the parties' Stipulation for Dismissal With Prejudice, filed June 3, 2008 (docket #23).  Having reviewed the Stipulation and the premises therein, it is hereby

ORDERED that the Stipulation for Dismissal With Prejudice, filed June 3, 2008 is **GRANTED**.  It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE** each party to bear her or its own attorneys' fees and costs.

Dated:  June 16, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge